UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THE UNIVERSITY OF NOTRE DAME (USA) IN ENGLAND,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>TJAC WATERLOO, LLC AND ZVI CONSTRUCTION CO., LLC,<br><br>　　　　　　　　Defendants. | C.A. No.  1:16-cv-10150 |

**PLAINTIFF THE UNIVERSITY OF NOTRE DAME (USA) IN ENGLAND'S
REQUEST FOR WRIT OF EXECUTION**

Plaintiff The University of Notre Dame (USA) in England ("UND") hereby moves this Court to issue a Writ of Execution that can be used by UND to collect a judgment from Defendants TJAC Waterloo, LLC ("TJAC") and ZVI Construction Co., LLC ("ZVI").

As grounds for this request, UND states that:

1.　　On July 7, 2021, this Court issued its Memorandum and Order on Plaintiff's Motion to Confirm a Foreign Arbitral Award and for Partial Summary Judgment [ECF No. 150] (the "Memorandum and Order").  The Memorandum and Order granted UND's motion as follows:

　　　　a.　　The Court confirmed the Expert's damages award pursuant to 9 U.S.C. § 207 and stated that it will enter judgment in UND's favor in the amount of $5,526,841.61, which is equal to £3,972,333.23 plus £32,624.46 (£329.54 per day for the 99 days between March 30, 2021 and the date of the Court's Memorandum and Order), converted to USD at the July 7, 2021 exchange rate of $1.00 GBP = 1.38 USD.  The Court further awarded

1

                post-judgment interest at the federal rate of .08 percent pursuant to 28 U.S.C. § 1961.

    b.    The Court recognized the English High Court's judgment against ZVI pursuant to Mass. Gen. Laws ch. 235, § 23A and stated that it will enter judgment in UND's favor in the amount of $155,949.60, which is equal to £111,244.76 plus £1,762.20 (£17.80 per day for the 99 days between March 30, 2021 and today), converted to USD at the July 7, 2021 exchange rate of 1.00 GBP = 1.38 USD. The Court further awarded post-judgment interest at the federal rate of .08 percent pursuant to 28 U.S.C. § 1961.

2.    On July 7, 2021, the Court also issued final judgment. A copy of the Final Judgment [ECF No. 151] is attached to this Request as **Exhibit 1**.

3.    On July 22, 2021, TJAC and ZVI filed a Notice of Appeal [ECF No. 158], which appealed the July 7, 2021 Final Judgment.

4.    Rule 69(a) of the Federal Rules of Civil Procedure provides, in relevant part:

> A money judgment is enforced by a writ of execution, unless the court directs otherwise. The procedure on execution – and in proceedings supplementary to and in aid of judgment or execution – must accord with the procedure of the state where the court is located, but a federal statute governs to the extent it applies.

It is well established that the Federal Rules of Civil Procedure are federal statutes for purposes of Fed. R. Civ. P. 69(a). *See Ford v. Bender,* 903 F. Supp. 2d 90, 105-106 (D. Mass. 2012) (holding that federal rules of civil procedure, which differ from Massachusetts law, control under Fed. R. Civ. P. 69(a)); *TLT Constr. Corp. v. RI, Inc.*, No. 05-10223-LTS, 2006 U.S. Dist. LEXIS 106322 (D. Mass. Oct. 13, 2006) (recognizing that Fed. R. Civ. P. 62(a) is a federal

statute governing execution procedures that is in direct conflict with Massachusetts law, therefore, Fed. R. Civ. P. 62(a) applies); *Elias Bros. Restaurants v. Acorn Enters.*, 931 F. Supp. 930, 938 (D. Mass. 1996) (recognizing that Rule 69(a) adopts state procedures for execution but not if such state procedures conflict with other provisions of the Federal Rules of Civil Procedure such as the requirement in Fed. R. Civ. P. 62 that a supersedeas bond must be posted to obtain a stay of an appeal).

5. Rule 62(a) of the Federal Rules of Civil Procedure is in direct conflict with Massachusetts law. Under Massachusetts law, no execution shall issue upon a judgment until the exhaustion of all possible appellate review thereof. *See* Mass. Gen. Laws ch. 235, § 16. However, under Rule 62(a) of the Federal Rules of Civil Procedure, execution may issue upon a judgment 30 days after its entry. Rule 62(a) provides that "execution of a judgment and proceedings to enforce it are stayed for 30 days after its entry, unless the court orders otherwise." Fed. R. Civ. P. 62(a). *See Elias Bros. Restaurants*, 931 F. Supp. at 938 (recognizing that Fed. R. Civ. P. 62(a) is in direct conflict with Massachusetts law and, therefore, Fed. R. Civ. P. 62(a) controls).

6. Execution is of a judgment is proper under Fed. R. Civ. P. 62(a) because more than 30 days have passed since the entry of the July 7, 2021 Final Judgment.

7. Moreover, to date, neither TJAC nor ZVI have sought a stay of execution.

8. To the extent that TJAC or ZVI seek a stay while their appeal is pending, they are required to post a supersedeas bond as required by Fed. R. Civ. P. 62(b) and the stay will only take effect when the Court approves the bond or other security. Fed. R. Civ. P. 62(b); *see also Elias Bros. Restaurants*, 931 F. Supp. at 939. There is no basis, given the circumstances of this case, for the Court to deviate from the ordinary procedure in this regard.

9. Absent a stay, a plaintiff is "free to seek execution of the judgment, pursuant to Fed. R. Civ. P. 69." *Advanced Cable Ties v. Bay State Cable Ties*, No. 06-40204-FDS, 2009 U.S. Dist. LEXIS 144010, at *3 (D. Mass. Oct. 6, 2009)

10. Accordingly, UND requests that the Court issue a Writ of Execution as to TJAC in the form attached hereto as **Exhibit 2** and a Writ of Execution as to ZVI in the form attached hereto as **Exhibit 3**.

WHEREFORE, UND hereby requests that this Court issue a Writ of Execution, which execution can be used by UND to collect its judgment against TJAC and ZVI, and grant all other relief as deemed necessary.

THE UNIVERSITY OF NOTRE DAME (USA) IN ENGLAND,

By its attorneys,
*/s/ John A. Tarantino*
John A. Tarantino (BBO #492230)
Nicole J. Benjamin (BBO #666959)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI  02903-2443
Tel:  (401) 274-7200
Fax: (401) 751-0604
jtarantino@apslaw.com
nbenjamin@apslaw.com

and

Luke T. Cadigan (BBO #561117)
Michael J. McMahon (BBO #679053)
Elizabeth A. Trafton (BBO #693969)
COOLEY LLP
500 Boylston Street
Boston, MA  02116-3736
Tel:  (617) 937-2300
Fax:  (617) 937-2400
August 9, 2021

4

**CERTIFICATE OF SERVICE**

  I, John A. Tarantino, hereby certify that pursuant to Local Rule 5.4(C), this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). For those parties indicated as non-registered participants, if any, a paper copy will be sent by facsimile and/or U.S. First Class Mail on August 9, 2021.

              */s/ John A. Tarantino*
              John A. Tarantino